## First Department, October, 1937.
### (October 8, 1937.)

Winifred Dolan, Appellant, v. Thomas E. Murray, Jr., as Receiver of Interborough Rapid Transit Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

Herbert D. Lewis, Respondent, v. Beatrice P. Lewis, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, modified by denying motion for examination before trial as to items (p) to (dd), inclusive, of the order to show cause, and as so modified affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Glennon, J., dissent and vote for affirmance. The date for the examination to proceed to be fixed in the order. Settle order on notice.

Moscow Fire Insurance Company, of Moscow, Russia, and Paul Lucke, as Sole Surviving Director of Moscow Fire Insurance Company, of Moscow, Russia, and Conservator of Its Property, Appellants, v. Bank of New York and Trust Company, as Agent or Depositary of Said Moscow Fire Insurance Company, of Moscow, Russia, and of Said Paul Lucke, as Surviving Director and Conservator, and Others, Defendants. Samuel E. Morro [Morrow] and Others, Plaintiffs, v. Moscow Fire Insurance Company, of Moscow, Russia, and Others, Defendants. United States of America, Intervenor, Appellant. Michael Imchanitzky, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See 249 App. Div. 404; 161 Misc. 903.]

In the Matter of the Application of Irving L. Cohen and Others, Petitioners, Respondents, for a Mandamus Order against The Board of Education of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [163 Misc. 638.]

Clarence L. Lowther, Appellant, v. Charles S. Lowther, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

New York Life Insurance Company, Respondent, v. Simon Bloom and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Edmond E. Frisch, Appellant, v. J. Clarke Dulany and Others, Defendants. William G. McAdoo and Others, Claimants, Respondents; Daniel E. Finn, Sheriff of New York County, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the claimants, respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.